ROBB *v.* THE STATE.

From the Gibson Circuit Court.

*R. M. J. Miller*, for appellant.

*C. A. Buskirk*, Attorney General, and *J. C. Schafer*, Prosecuting Attorney, for the State.

BIDDLE, C. J.—This case is in all respects the same as *Robb* v. *The State*, decided at the present term, *ante*, p. 216.

Judgment reversed; cause remanded, etc.